**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONVOY VILLAGE, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>INGOLO, INC., and WILINE NETWORKS, INC.,<br><br>                    Defendants. | Case No. 21-cv-1413-MMA (DEB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF DEFENDANT INGOLO, INC.**<br><br>[Doc. No. 37] |

On February 4, 2022, Plaintiff Convoy Village, LLC, and Defendant Ingolo, Inc., filed a joint motion to dismiss Plaintiff's claims against Ingolo, Inc. with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  *See* Doc. No. 37.  Upon due consideration, good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** Plaintiff's claims against Defendant Ingolo, Inc., **with prejudice**.  Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated:  February 4, 2022

_____
HON. MICHAEL M. ANELLO
United States District Judge